**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING**

Case No. MJ24-07536 _____ CourtSmart CS: 01/29/2025 _____ Date: January 29, 2025

Present: The Honorable Alka Sagar _____, U.S. Magistrate Judge

| Alma Felix | Sophia Carrillo | N/A |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter / Language* |

| USA v. David William Platek | Attorney Present for Defendant: James S. Threatt |
|---|---|
| ☒ Present ☒ Custody ☐ Bond ☐ Not present | ☒ Present ☐ CJA ☐ Retd ☒ DFPD ☐ Not present |

**PROCEEDINGS: DETENTION HEARING** ☒ Contested detention hearing is held.

☒ Government's request for detention is: ☒ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED

☐ Witnesses CST (see separate list). ☐ Exhibits Marked/Admitted (see separate list).

☐ Court orders that exhibits be returned to the respective counsel / party of record.

  ☐ See Receipt for Release of Exhibits to Counsel.

☐ Counsel stipulation to bail.

☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.

☒ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.

☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.

☐ **Court sets bail at: $** _____. ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM**
  **FOR CONDITIONS OF RELEASE**.

☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.

☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in

  Courtroom _____ before Judge _____ .

☐ Court orders case continued to _____ at _____ ☐a.m. / ☐p.m. for _____ , in

  Courtroom _____ before Judge _____ .

☐ Release Order Issued - Release No. _____ .

☒ Other: Government moves to UNSEAL entire case - the request is GRANTED. _____

**PROCEEDINGS:** ☐ **REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING**
  ☐ **NEBBIA HEARING**

Hearing on ☐ Plaintiff's ☐ Defendant's request for review / reconsideration of bail / detention order had and request is:
  ☐ GRANTED ☐ DENIED

Court ORDERS bail as to the above-named defendant ☐ **modified to** ☐ **set at: $** _____

  ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**

☐ Bond previously set is ordered vacated.

☐ Court orders defendant permanently detained. See separate order.

☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.

☐ Witnesses CST (see separate list). ☐ Exhibits Marked / Admitted (see separate list).

☐ Court orders that exhibits be returned to the respective counsel / party of record.

  ☐ See Receipt for Release of Exhibits to Counsel.

☐ Case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____

  before Judge _____ in Courtroom _____ .

☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.

☐ Other _____

Release Order Issued - Release No. _____ : 30

Deputy Clerk Initials AF