# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:25-cr-00061-HDV                                          Date: 02/18/2025

Present: The Honorable: Stephanie S. Christensen, United States Magistrate Judge

Interpreter N/A                                          Language N/A

| Teagan Snyder | CS 02/18/2025 | Neil Thaker |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✓ Present  In Custody          Attorneys for Defendants: ✓ Present  DFPD

David William Platek                                     James S. Threatt

**Proceedings: Arraignment of**    ✓ **Assignment of Case**      **Appointment of Counsel**
**Defendant and/or**                   **Initial Appearance**

* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Hernan D. Vera.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 03/25/2025 9:00 AM;
Pre-Trial Conference: 03/13/2025 1:30 PM
* Government counsel provides trial estimate of 3-5 days.
* The parties are referred to Judge Vera's Procedures & Schedules on the Court's website at
www.cacd.uscourts.gov to obtain a copy of the Criminal Standing Order.
Judge Vera is located in 5B, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:    PSALA        PSAED        PSASA          Initial Appearance/Appointment of Counsel: 00 : 00
   ✓ USMLA        USMED        USMSA
      Statistics Clerk        Interpreter                               Arraignment: 00 : 03
      CJA Supervising Attorney    Fiscal          Initials of Deputy Clerk: TS by TRB