```
 1  TODD BLANCE
    Deputy Attorney General
 2  BILAL A. ESSAYLI
    First Assistant United States Attorney
 3  ALEXANDER B. SCHWAB
    Assistant United States Attorney
 4  Chief, Criminal Division
    SOLOMON KIM (Cal. Bar No. 311466)
 5  Assistant United States Attorney
    Major Frauds Section
 6       1100 United States Courthouse
         312 North Spring Street
 7       Los Angeles, California 90012
         Telephone: (213) 894-2450
 8       Facsimile: (213) 894-0104
         E-mail:    solomon.kim@usdoj.gov
 9
    Attorneys for Plaintiff
10  UNITED STATES OF AMERICA
```

                       UNITED STATES DISTRICT COURT

                    FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **See Attachment A** |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF DEPARTURE FROM THE UNITED STATES ATTORNEY'S OFFICE; ATTACHMENT A |
| **See Attachment A**, | |
| Defendant. | |

   Plaintiff, United States of America, hereby advises the court that **SOLOMON KIM** is departing the United States Attorney's Office, and all of the cases listed in **Attachment A** should have the contact information replaced with the generic USAO email used for docketing.

//
//
//
//
//
//

```
Dated: February 27, 2026        Respectfully submitted,

                                TODD BLANCHE
                                Deputy Attorney General

                                BILAL A. ESSAYLI
                                First Assistant United States Attorney

                                ALEXANDER B. SCHWABB
                                Assistant United States Attorney
                                Chief, Criminal Division

                                 /s/
                                SOLOMON KIM
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA
```

# ATTACHMENT A

| | |
|---|---|
| 1 | 2:92-cr-01159 |
| 2 | 2:98-cr-00043 |
| 3 | 2:09-cr-00445 |
| 4 | 2:09-cr-01290 |
| 5 | 2:10-cr-00369 |
| 6 | 2:11-cr-00362 |
| 7 | 2:11-cr-00542 |
| 8 | 2:11-cr-00543 |
| 9 | 2:13-cr-00719 |
| 10 | 2:13-cr-00826 |
| 11 | 2:14-cr-00646 |
| 12 | 2:15-cr-00465 |
| 13 | 2:15-cr-00506 |
| 14 | 2:17-cr-00317 |
| 15 | 2:17-cr-00701 |
| 16 | 2:18-cr-00759 |
| 17 | 2:18-cr-00899 |
| 18 | 2:19-cr-00157 |
| 19 | 2:19-cr-00262 |
| 20 | 2:19-cr-00589 |
| 21 | 2:19-cr-00594 |
| 22 | 2:19-cr-00634 |
| 23 | 2:19-cr-00648 |
| 24 | 2:19-cr-00682 |
| 25 | 2:19-cr-00694 |
| 26 | 2:19-cr-00741 |
| 27 | 2:19-cr-00748 |
| 28 | 2:19-cr-00787 |

| | |
|---|---|
| 1 | 2:20-cr-00044 |
| 2 | 2:20-cr-00114 |
| 3 | 2:20-cr-00133 |
| 4 | 2:20-cr-00191 |
| 5 | 2:20-cr-00260 |
| 6 | 2:20-cr-00279 |
| 7 | 2:20-cr-00354 |
| 8 | 2:20-cr-00379 |
| 9 | 2:20-cr-00462 |
| 10 | 2:20-cr-00578 |
| 11 | 2:21-cm-00152 |
| 12 | 2:21-cr-00225 |
| 13 | 2:21-cr-00253 |
| 14 | 2:21-cr-00275 |
| 15 | 2:21-cr-00282 |
| 16 | 2:21-cr-00333 |
| 17 | 2:21-cr-00356 |
| 18 | 2:21-cr-00401 |
| 19 | 2:21-cr-00402 |
| 20 | 2:21-cr-00404 |
| 21 | 2:21-cr-00420 |
| 22 | 2:21-cr-00452 |
| 23 | 2:21-cr-00479 |
| 24 | 2:21-cr-00480 |
| 25 | 2:21-cr-00506 |
| 26 | 2:22-cr-00121 |
| 27 | 2:22-cr-00251 |
| 28 | 2:22-cr-00374 |

1. 2:22-cr-00498
2. 2:23-cr-00351
3. 2:23-cr-00623
4. 2:24-cr-00254
5. 2:25-cm-00080
6. 2:25-cr-00061
7. 2:25-cr-00402
8. 2:25-cr-00596
9. 2:25-cr-00745
10. 5:18-cr-00315
11. 5:19-cr-00402
12. 5:20-cr-00075
13. 5:22-cr-00217
14. 5:25-cr-00092
15. 8:19-cr-00047
16. 8:19-cr-00116
17. 8:19-cr-00117
18. 8:20-cr-00129
19. 8:20-cr-00146
20. 8:20-cr-00160
21. 8:20-cr-00189
22. 8:25-cr-00078